FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DEC 13 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02224-OES

RUBEN H. PAPPAN,

Plaintiff,

v.

ROBERT A. HOOD (Warden) et al.,
LES SMITH (Special Institution Agent),
R. WILEY (Warden) for ADX,
CHRIS (Special Institution Agent), and
JOHN DOE'S [sic] (Special Institution Agent),

Defendants.

## ORDER DISMISSING CASE

On November 22, 2005, Plaintiff Ruben H. Pappan filed a "Motion to Withdrawal Complaint by Plaintiff Under C.C.R. § 11-5(b)." In the Motion, Mr. Pappan requests that the Court dismiss the instant action, because he believes he does not have a claim. Plaintiff also requests that the $21.00 initial partial filing fee be returned to him and that he not be held responsible for payment of the $250.00 filing fee.

The Court must construe the Motion to Dismiss liberally, because Mr. Pappan is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Accordingly, the Court will construe the Motion as a Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1) and dismiss the action.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Defendants in this action.

Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of November 22, 2005. *See Hyde Constr. Co.*, 388 F.2d at 507.

As for the return of the $21.00, the Court has not received a payment of $21.00 from Mr. Pappan. Accordingly, it is

ORDERED that the Motion is construed as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of November 22, 2005, the date Mr. Pappan filed the Notice in the action. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 12 day of Dec. , 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02224-OES

Ruben Pappan
Reg. No. 02699-748
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/13/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk