IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 29 2005

   ... LANGHAM
           CLERK

Civil Action No. 05-cv-02224-ZLW

RUBEN H. PAPPAN,

   Plaintiff,

v.

ROBERT A. HOOD (Warden) et al.,
LES SMITH (Special Institution Agent),
R. WILEY (Warden) for ADX,
CHRIS (Special Institution Agent), and
JOHN DOE'S [sic] (Special Institution Agent),

   Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

   On November 3, 2005, Plaintiff was granted permission to proceed pursuant to 28 U.S.C. § 1915 and was directed to pay a $21.00 initial partial filing fee. Subsequently, on November 22, 2005, Plaintiff filed a Motion seeking withdrawal of the case. The Court construed the Motion as a Notice of Voluntary Dismissal and dismissed the action effective November 22. In the Motion, Plaintiff requested the return of the $21.00, but the Court as of December 13, the date the Notice was filed, had not received the initial payment.

   Subsequently on December 19, the Court received the $21.00 payment. Plaintiff filed a "Motion to Return Plaintiff's Filing Fee's [sic] . . . Under C.C.R. § 11-5 (11)" The Court GRANTS the Motion and directs the Court to return the $21.00 to Plaintiff. Plaintiff contends that all monies to be placed in his account must be sent to Federal Bureau of Prisons, Ruben H. Pappan, Reg. # 02699748, P.O. Box 474701, Des Moines, IA 50947-0001. The Clerk of the Court shall send the monies to the Des Moines, IA location.

Dated: December 29, 2005

Copies of this Minute Order mailed on December 29, 2005, to the following:

Ruben H. Pappan
Reg. No. 02699-748
ADX – Florence
PO Box 8500
Florence, CO 81226

Financial Division
United States District Court
for the District of Colorado

_____
Secretary/Deputy Clerk